DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage LLC
dba Mr. Cooper

| | |
|---|---|
| In Re:<br><br>    ANDRAE A. BERNARD  DBA VALUE CARPET<br><br>              Debtor(s). | Case No.: 19-13719-mbk<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC dba Mr. Cooper. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    2500 Plaza 5, Suite 2548
    Jersey City, NJ 07311

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

DATED: September 21, 2022                 GROSS POLOWY, LLC
                                          Formed in the State of Delaware

                                          */s/Ashley M Pascuzzi*
                                          By: Ashley M Pascuzzi, Esq.

*new.8/1/15*