UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for Federal Home Loan
Mortgage Corporation, as Trustee for Freddie
Mac SLST 2022-2 Participation Interest Trust
R.A. LEBRON, ESQ.
SPS2815
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re: <br><br> ANDRAE A. BERNARD <br> dba VALUE CARPET <br><br> Debtor(s). | Case No.: 19-13719 MBK <br><br> Chapter: 13 <br><br> Judge: Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust</u>. This party is a party in interest in this case pursuant to a mortgage dated February 27, 2006 and recorded in the Office of the MONMOUTH County Clerk/Register on March 13, 2006 in Mortgage Book 8548, Page 2581, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Select Portfolio Servicing,
Inc., as servicer for Federal Home Loan
Mortgage Corporation, as Trustee for
Freddie Mac SLST 2022-2 Participation
Interest Trust

Dated: <u>March 9, 2023</u>    By:<u>/s/ R.A. Lebron, Esq.</u>
    R.A. LEBRON, ESQ.

Case No.:  19-13719 MBK