UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                            CASE NO.: 19-13719
                                                              CHAPTER 13

**Andrae A. Bernard,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Aleisha C. Jennings
                                             Aleisha C. Jennings
                                             Email: ajennings@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANDRAE A. BERNARD
8 TUSCAN DRIVE
FREEHOLD, NJ 07728

And via electronic mail to:

LAW OFFICE OF JOSEPH I. WINDMAN
4400 ROUTE 9 SOUTH, SUITE 3000
FREEHOLD, NJ 07728

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr