| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Andrae A. Bernard<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−1328<br>EIN    __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __−_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19−13719−MBK | | |

# Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Andrae A. Bernard
    dba Value Carpet

<u>3/1/24</u>                                                                           **By the court:** <u>Michael B. Kaplan</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court<br>District of New Jersey

In re:      Case No. 19-13719-MBK
Andrae A. Bernard     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Mar 01, 2024    Form ID: 3180W    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrae A. Bernard, 8 Tuscan Drive, Freehold, NJ 07728-4342 |
| 518045253 | + | ACB Receivables Management, 19 Main Street, Asbury Park, NJ 07712-7012 |
| 518045255 | + | Grace Bernard, 8 Tuscan Drive, Freehold, NJ 07728-4342 |
| 518045256 | + | Manhattan Club, 112 North Courtland St 2nd Floor, East Stroudsburg, PA 18301-2102 |
| 518045259 | + | Sheriff Monmouth County, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 518045260 | + | Statebridge Company LLC, 5680 Greenwood Plaza Blvd 100S, Englewood, CO 80111-2404 |
| 518045261 | + | Statebridge Company LLC, Stern & Eisenberg PC, 1040 N Kings Highway 407, Cherry Hill, NJ 08034-1925 |
| 518045262 | + | Statebridge Company LLC, PO Box 173313, Denver, CO 80217-3313 |
| 518227818 | + | Statebridge Company, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 5680 Greenwood Plaza Blvd. Suite 100S, Greenwood Village, CO 80111-2404 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | Federal Home Loan Mortgage Corporation, as Trustee, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 518045254 | ^ | MEBN | Mar 01 2024 21:29:55 | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 518587183 | + | EDI: LCIBAYLN | Mar 02 2024 02:10:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518587184 | + | EDI: LCIBAYLN | Mar 02 2024 02:10:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518997938 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-13719-MBK  Doc 59  Filed 03/03/24  Entered 03/04/24 00:20:00  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2024 21:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997937 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 519843675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 21:41:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519843674 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 21:41:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518220537 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 21:48:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518045258 | + | Email/Text: clientservices@remexinc.com | Mar 01 2024 21:38:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519696097 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519696098 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 518045263 | + | EDI: SYNC | Mar 02 2024 02:10:00 | Syncb/BP, Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519655531 | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 518045257 | ##+ | Ocean Anesthesia Group, 1200 Hooper Av, Toms River, NJ 08753-3594 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| | |
|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: 3180W | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust ajennings@raslg.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper ecfnotices@grosspolowy.com |
| Ashley Pascuzzi | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfnotices@grosspolowy.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Bayview Loan Servicing LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Creditor Community Loan Servicing f/k/a Bayview Loan Servicing LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Joseph I. Windman | on behalf of Debtor Andrae A. Bernard jwindman@aol.com |
| Kathleen M Magoon | on behalf of Creditor Bayview Loan Servicing LLC logsecf@logs.com, kathleenmagoon@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor Bayview Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bankruptcy@fskslaw.com |
| Richard James Tracy, III | on behalf of Creditor Statebridge Company LLC, richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18